# United States District Court
# For The Western District of North Carolina
# Charlotte Division

John R. Demos ,

    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                          3:11-cv-380

Coca-Cola ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 8, 2011 Order.

Signed: August 8, 2011

Frank G. Johns, Clerk
United States District Court